IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

IN RE                                    )
                                         )  CR. MISC. NO. _3:07mj52 CSC_
SEARCH WARRANT                           )
                                         )

## MOTION TO SEAL SEARCH WARRANT AND AFFIDAVIT

Comes now the United States of America, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and respectfully moves the Court to seal the search warrant and affidavit for this case.

Respectfully submitted this 29th day of May, 2007.

LEURA G. CANARY
UNITED STATES ATTORNEY

Christopher A. Snyder
Assistant United States Attorney